RUSSELL v. RUSSELL

No. 78P91

Case below: 101 N.C.App. 284

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 3 April 1991. Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 3 April 1991.

STATE v. BARBOUR

No. 579P90

Case below: 100 N.C.App. 601

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 April 1991.

STATE v. COATS

No. 582P90

Case below: 100 N.C.App. 455

Motion by the Attorney General to dismiss appeal for lack of substantial constitutional question allowed 3 April 1991. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 April 1991. Motion by George M. Anderson and Richard W. Rutherford to withdraw as counsel dismissed as moot 3 April 1991.

STATE v. COTTON

No. 147P91

Case below: 102 N.C.App. 93

Petition by defendant for writ of supersedeas and temporary stay denied 26 March 1991.

STATE v. CRONAN

No. 90P91

Case below: 100 N.C.App. 641

Petition by defendant for discretionary review pursuant to G.S. 7A-31 dismissed 3 April 1991 without prejudice to petitioner's right to file a motion for appropriate relief in superior court.